**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Eugenia Woodard v. Fortress Insurance Company and Ronnie Elmore, D.D.S.

Appellate case number:   01-14-00792-CV

Trial court case number: 2014-09985

Trial court:             215th District Court of Harris County

     It is ORDERED that Appellant Eugenia Woodard's motion for rehearing is denied.

Judge's signature: /s/ Laura C. Higley
                Acting for the Court

Panel consists of Justices Jennings, Higley, and Huddle.

Date: March 19, 2015